IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10376
Conference Calendar

_____


JAMES BERNARD MILES,

Plaintiff-Appellant,


versus

GEORGE PIERSON; MARION, Ms.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:95-CV-105
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

James Bernard Miles (#669417) appeals the district court's
dismissal of his civil rights complaint as frivolous.  Miles
argues that Ms. Marion failed to seal his envelopes as required
by prison procedures, resulting in his outgoing nonlegal letters
being lost, stolen, or misplaced.  He argues that Ms. Marion
failed to notify him pursuant to prison procedures that certain
incoming nonlegal mail was being held longer than 48 hours as

_____

   [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

contraband.  He contends that he notified Warden Pierson of the problems with the mail, but Pierson ignored the complaint.  Miles has abandoned his claim against Pierson by failing to adequately brief it.  See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).

Having reviewed the record and Miles' brief, we find that the district court did not abuse its discretion by dismissing Miles' complaint as frivolous.  The dismissal is affirmed for essentially the reasons stated by the district court.  Miles v. Pierson, No. 2:95-CV-0105 (N.D. Tex. March 27, 1996).

AFFIRMED.